IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stephen C. Stanko, | C/A No.: 1:24-4109-RMG-SVH |
| Petitioner, | |
| v. | |
| | ORDER |
| Joel Anderson[1] and Lydell Chestnut, | |
| Respondents. | |

Pursuant to the Federal Rules of Civil Procedure and Local Civil Rules of this court, the court sets the following briefing schedule in this matter:

1. Respondents shall file the return and any dispositive motions on or before **July 9, 2025**.

2. Petitioner shall have until **September 10, 2025**, to file a response to Respondents return and any dispositive motions.

3. Respondents shall file a reply to Petitioner's response on or before **September 24, 2025**.

IT IS SO ORDERED.

May 22, 2025　　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　United States Magistrate Judge

---

[1] Joel Anderson, as Acting Director of the South Carolina Department of Corrections, has been substituted for Bryan P. Stirling.

1